BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JUSTIN K PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE:  (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TEL JAMES BOAM,<br><br>Defendant. | Case No. CR-20-188-E-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2251(a), (e)<br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>18 U.S.C. § 2253<br>18 U.S.C. § 2256(8)(A) |

The Grand Jury charges:

### COUNT ONE

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about June 8, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the

INDICTMENT - 1

purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT TWO

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about July 1, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT THREE

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about July 24, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOUR

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about July 29, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIVE

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about August 1, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

INDICTMENT - 3

## COUNT SIX

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 4, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SEVEN

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 6, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT EIGHT

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 7, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade,

**INDICTMENT - 4**

induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT NINE

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about August 8, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT TEN

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about August 9, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been

INDICTMENT - 5

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT ELEVEN

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 10, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWELVE

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 13, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

INDICTMENT - 6

## COUNT THIRTEEN

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 15, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOURTEEN

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 22, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIFTEEN

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 24, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SIXTEEN

### Attempted Sexual Exploitation of a Minor Child
### 18 U.S.C. § 2251(a) and (e)

On or about August 29, 2018, through on or about November 1, 2018, in the District of Idaho, the defendant, TEL JAMES BOAM, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to TEL JAMES BOAM by name and born in 2003, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SEVENTEEN

### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5)(B), (b)(2), and 2256(8)(A)

On or about June 8, 2018 through on or about September 30, 2019, in the District of Idaho and elsewhere, the defendant, TEL JAMES BOAM, did knowingly possess material containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that is, one or more visual depictions, the production of which the Defendant knew involved the use of a minor engaging in sexually explicit conduct, and which image or images have been transported using the internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(8)(A).

## CRIMINAL FORFEITURE ALLEGATION

### Criminal Forfeiture
### 18 U.S.C. § 2253

Upon conviction of the offenses alleged in Counts One through Seventeen of this Indictment, the defendant TEL JAMES BOAM shall forfeit to the United States his interest in (1) any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, et. seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense(s), including property

traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 25 day of August, 2020.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JUSTIN PASKETT
Assistant United States Attorney

INDICTMENT - 10