BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JUSTIN K. PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN, #192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166
FAX: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-20-188-E-BLW |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO REQUIRE A MEMORANDUM OF ALL REASONS, POINTS AND AUTHORITIES** |
| TEL JAMES BOAM, | |
| Defendant. | |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney, for the District of Idaho, respectfully moves the Court to require Defendant to file a memorandum in support of Defendant's Motions of the Defendant in Preparation for Trial, filed by the Defendant on October 13, 2020.

The Defendant's Motion(s) contains nine paragraphs covering a wide variety of different requests and subjects. As required by District Local Criminal Rule 1.1(f) and District Local Civil Rule 7.1, each motion, other than a routine or uncontested matter, must be accompanied by a

separate brief, not to exceed twenty (20) pages, containing all of the reasons and points and authorities relied upon by the moving party. The Defendant in this matter has not provided any brief or memorandum as required by Dist. Idaho Loc. Civ. R. 7.1. The Government is unable to effectively respond to Defendant's Motions without Defendant's separate brief containing all of the reasons, points and authorities relied upon.

DATED this 27th day of October, 2020.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

/s/_____
JUSTIN K. PASKETT
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2020, the foregoing GOVERNMENT'S MOTION TO REQUIRE A MEMORANDUM OF ALL REASONS POINTS AND AUTHORITIES was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Robin D. Dunn,
P.O.Box 277
477 Pleasant Country Lane,
Rigby, ID 83442

/s/_____
Janet Widdison
Legal Assistant

**GOVERNMENT'S MOTION TO REQUIRE A MEMORANDUM OF ALL REASONS POINTS AND AUTHORITIES**