# UNITED STATES DISTRICT COURT
## District of Idaho

## Amended Exhibit List

| | |
|---|---|
| Case Name:<br>UNITED STATES<br><br>vs.<br>TEL JAMES BOAM | Plaintiff's Attorney:<br>Justin Paskett<br>John Shirts |
| | Defendant's Attorney:<br>Manuel Murdoch<br>Robin Dunn |
| Docket No.:<br>CR-20-188-E-BLW | Trial Dates:<br>September 2, 2021 | Courtroom Deputy:<br>Jamie Gearhart |
| Presiding Judge:<br>Honorable B. Lynn Winmill | Court Reporter:<br>Tammy Hohenlietner |
| Party Offering Exhibits:<br>United States | |

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1000 | | | | | 06/08/2018 SE Video of Jane Doe (Jun 8, 2018 at 10-35-21 PM.mp4) | |
| 1000a | | | | | 06/08/2018 SE Image of Jane Doe (1000a.png) | |
| 1001 | | | | | 06/08/2018 SE Video of Jane Doe (Jun 8, 2018 at 10-46-13 PM.mp4) | |
| 1002 | | | | | 07/01/2018 SE Video of Jane Doe (Jul 1, 2018 at 8-05-29 PM.mp4) | |
| 1002a | | | | | 07/01/2018 SE Image of Jane Doe (1002a.png) | |
| 1002b | | | | | 07/01/2018 SE Image of Jane Doe (1002b.png) | |
| 1003 | | | | | 07/01/2018 SE Image of Jane Doe (Jul 1, 2018 at 8-11-07 PM.mp4) | |
| 1004 | | | | | 07/01/2018 SE Video of Jane Doe (Jul 1, 2018 at 8-11-07 PM.mp4) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1005 | | | | | 07/24/2018 SE Video of Jane Doe (Jul 24, 2018 at 9-17-47 PM.mp4) | |
| 1006 | | | | | 07/24/2018 SE Video of Jane Doe (Jul 24, 2018 at 9-20-36 PM.mp4) | |
| 1007 | | | | | 07/29/2018 SE Video of Jane Doe (Jul 29, 2018 at 10-17-05 PM.mp4) | |
| 1008 | | | | | 08/1/2018 SE Video of Jane Doe (Aug 1, 2018 at 2-03-36 AM.mp4) | |
| 1008a | | | | | 08/1/2018 SE Image of Jane Doe (1008a.png) | |
| 1009 | | | | | 08/1/2018 SE Video of Jane Doe (Aug 1, 2018 at 2-09-32 AM.mp4) | |
| 1010 | | | | | 08/1/2018 SE Video of Jane Doe (Aug 1, 2018 at 2-13-04 AM.mp4) | |
| 1010a | | | | | 08/1/2018 SE Image of Jane Doe (1010a.png) | |
| 1010b | | | | | 08/1/2018 SE Image of Jane Doe (1010b.png) | |
| 1011 | | | | | 08/4/2018 SE Video of Jane Doe (Aug 4, 2018 at 5-58-46 PM.mp4) | |
| 1012 | | | | | 08/4/2018 SE Video of Jane Doe (Aug 4, 2018 at 6-01-11 PM.mp4) | |
| 1012a | | | | | 08/4/2018 SE Image of Jane Doe (1012a.png) | |
| 1013 | | | | | 08/6/2018 SE Video of Jane Doe (Aug 6, 2018 at 9-39-47 PM.mp4) | |
| 1014 | | | | | 08/6/2018 SE Video of Jane Doe (Aug 6, 2018 at 9-43-43 PM.mp4) | |
| 1015 | | | | | 08/7/2018 SE Video of Jane Doe (Aug 7, 2018 at 9-08-49 PM.mp4) | |
| 1016 | | | | | 08/8/2018 SE Video of Jane Doe (Aug 8, 2018 at 10-40-28 PM.mp4) | |
| 1017 | | | | | 08/8/2018 SE Video of Jane Doe (Aug 8, 2018 at 10-43-14 PM.mp4) | |
| 1018 | | | | | 08/8/2018 SE Video of Jane Doe (Aug 8, 2018 at 10-45-34 PM.mp4) | |
| 1019 | | | | | 08/9/2018 SE Video of Jane Doe (Aug 9, 2018 at 11-10-40 PM.mp4) | |
| 1020 | | | | | 08/9/2018 SE Video of Jane Doe (Aug 9, 2018 at 11-15-48 PM.mp4) | |
| 1021 | | | | | 08/9/2018 SE Video of Jane Doe (Aug 9, 2018 at 11-18-06 PM.mp4) | |
| 1022 | | | | | 08/10/2018 SE Video of Jane Doe (Aug 10, 2018 at 10-31-06 PM.mp4 | |
| 1023 | | | | | 08/10/2018 SE Video of Jane Doe (Aug 10, 2018 at 10-33-12 PM.mp4) | |
| 1024 | | | | | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 10-15-51 PM.mp4) |  |
| 1025 |  |  |  |  | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-16-53 PM.mp4) |  |
| 1026 |  |  |  |  | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-20-33 PM.mp4) |  |
| 1027 |  |  |  |  | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-21-56 PM.mp4) |  |
| 1028 |  |  |  |  | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-25-08 PM.mp4) |  |
| 1029 |  |  |  |  | 08/15/2018 SE Video of Jane Doe (Aug 15, 2018 at 3-27-41 AM.mp4) |  |
| 1030 |  |  |  |  | 08/22/2018 SE Video of Jane Doe (Aug 22, 2018 at 4-25-05 AM.mp4) |  |
| 1031 |  |  |  |  | 08/22/2018 SE Video of Jane Doe (Aug 22, 2018 at 4-27-21 AM.mp4) |  |
| 1032 |  |  |  |  | 08/24/2018 SE Video of Jane Doe (Aug 24, 2018 at 3-17-10 AM.mp4) |  |
| 1033 |  |  |  |  | 08/24/2018 SE Video of Jane Doe (Aug 24, 2018 at 3-24-14 AM.mp4) |  |
| 1033a |  |  |  |  | 08/24/2018 SE Image of Jane Doe (1033a.png) |  |
| 1034 |  |  |  |  | 08/24/2018 SE Video of Jane Doe (Aug 24, 2018 at 3-24-56 AM.mp4) |  |
| 1035 |  |  |  |  | 08/29/2018 SE Video of Jane Doe (Aug 29, 2018 at 8-55-56 PM.mp4) |  |
| 1036 |  |  |  |  | Image of Bathroom (IMG_3008.jpg) |  |
| 1037 |  |  |  |  | Image of Bathroom (IMG_3009.jpg) |  |
| 1038 |  |  |  |  | Image of Bathroom (IMG_3010.jpg) |  |
| 1039 |  |  |  |  | Image of Bathroom (IMG_3016.jpg) |  |
| 1040 |  |  |  |  | Image of Bathroom (IMG_3020.jpg) |  |
| 1041 |  |  |  |  | Business Records Affidavit from Amazon ( mintak03@netzero.net and grassracer661@hotmail.com ) |  |
| 1041a |  |  |  |  | Certified Amazon Records for accounts mintak03@netzero.net and grassracer661@hotmail.com |  |
| 1042 |  |  |  |  | Business Records Affidavit from Apple ( grassracer661@hotmail.com ) |  |
| 1042a |  |  |  |  | Certified Apple Account Records for grassracer661@hotmail.com showing BVCam Updates |  |
| 1043 |  |  |  |  | August 2018 Image of Jane Doe's Scar (August 2018 scar.jpg) |  |
| 1044 |  |  |  |  | August 2018 Image of Jane Doe's Scar (August |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2018 scar 02.jpg) | |
| 1045 | | | | | 08/31/2018 image of The Bank of Commerce Bank Statement (Bank statement.jpg) | |
| 1046 | | | | | Screenshot Image of Amazon (Canada) Website showing 1080 WiFi Mini Camera-SOOSPY Indoor USB Wall Charger Camera/Pet Camera/Nanny Cam with Motion Detection, USB Port (Canada Camera 01.PNG) | |
| 1047 | | | | | Timeline 6/8/2018-11/1/2018 iPhone 6 pdf. | |
| 1048 | | | | | 11/1/2018 iPhone 6 Text Message, WiFi, and Activity Data pdf. | |
| 1049 | | | | | 11/1/2018 Melinda Boam Scott phone text message data pdf. | |
| 1050 | | | | | 10/2/2019 Bodycam Arrest Video Clip 1 | |
| 1051 | | | | | 10/2/2019 Bodycam Arrest Video Clip 2 | |
| 1052 | | | | | 09/24/2019 Melinda Boam Scott Phone Text Message Data 2 pdf. | |
| 1053 | | | | | 09/24/2019 SE Image of Jane Doe (IMG_2339.jpeg) | |
| 1054 | | | | | 09/24/2019 SE Image of Jane Doe (IMG_2340.jpeg) | |
| 1055 | | | | | 09/24/2019 SE Image of Jane Doe (IMG_2341.jpeg) | |
| 1056 | | | | | Screenshot of BVCam Data Transferring to Apple iPhone 6 | |
| 1057 | | | | | Screenshot of BVCam Connecting to WiFi | |
| 1058 | | | | | Boam Seized iPhone XR Physical | |
| 1059 | | | | | Boam Seized iPhone 6 Physical | |
| 1060 | | | | | SA Bradley Roedel Curriculum Vitae | |
| 1061 | | | | | Greg Crader Curriculum Vitae | |
| 1062 | | | | | 12/31/2019 Video Interview of T.A. | |
| 1063 | | | | | 4/14/2020 Video Interview of T.A. | |