# UNITED STATES DISTRICT COURT
## District of Idaho

### Amended Exhibit List

| Case Name: | Plaintiff's Attorney: |
|---|---|
| UNITED STATES | Justin Paskett |
| vs. | John Shirts |
| TEL JAMES BOAM | Defendant's Attorney: |
|  | Manuel Murdoch |
|  | Robin Dunn |

| Docket No.: | Trial Dates: | Courtroom Deputy: |
|---|---|---|
| CR-20-188-E-BLW | September 2, 2021 | Jamie Gearhart |

| Presiding Judge: | Court Reporter: |
|---|---|
| Honorable B. Lynn Winmill | Tammy Hohenlietner |

Party Offering Exhibits:
United States

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1000 | 9/8 | | | Adm | 06/08/2018 SE Video of Jane Doe (Jun 8, 2018 at 10-35-21 PM.mp4) | |
| 1000a | 9/8 | | | | 06/08/2018 SE Image of Jane Doe (1000a.png) | |
| 1001 | 9/8 | | | | 06/08/2018 SE Video of Jane Doe (Jun 8, 2018 at 10-46-13 PM.mp4) | |
| 1002 | 9/8 | | | | 07/01/2018 SE Video of Jane Doe (Jul 1, 2018 at 8-05-29 PM.mp4) | |
| 1002a | 9/8 | | | | 07/01/2018 SE Image of Jane Doe (1002a.png) | |
| 1002b | 9/8 | | | | 07/01/2018 SE Image of Jane Doe (1002b.png) | |
| 1003 | 9/8 | | | | 07/01/2018 SE Image of Jane Doe (Jul 1, 2018 at 8-11-07 PM.mp4) | |
| 1004 | 9/8 | | | ✓ | 07/01/2018 SE Video of Jane Doe (Jul 1, 2018 at 8-11-07 PM.mp4) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1005 | 9/8 | | | | Adm | 07/24/2018 SE Video of Jane Doe (Jul 24, 2018 at 9-17-47 PM.mp4) | |
| 1006 | | | | | | 07/24/2018 SE Video of Jane Doe (Jul 24, 2018 at 9-20-36 PM.mp4) | |
| 1007 | | | | | | 07/29/2018 SE Video of Jane Doe (Jul 29, 2018 at 10-17-05 PM.mp4) | |
| 1008 | | | | | | 08/1/2018 SE Video of Jane Doe (Aug 1, 2018 at 2-03-36 AM.mp4) | |
| 1008a | | | | | | 08/1/2018 SE Image of Jane Doe (1008a.png) | |
| 1009 | | | | | | 08/1/2018 SE Video of Jane Doe (Aug 1, 2018 at 2-09-32 AM.mp4) | |
| 1010 | | | | | | 08/1/2018 SE Video of Jane Doe (Aug 1, 2018 at 2-13-04 AM.mp4) | |
| 1010a | | | | | | 08/1/2018 SE Image of Jane Doe (1010a.png) | |
| 1010b | | | | | | 08/1/2018 SE Image of Jane Doe (1010b.png) | |
| 1011 | | | | | | 08/4/2018 SE Video of Jane Doe (Aug 4, 2018 at 5-58-46 PM.mp4) | |
| 1012 | | | | | | 08/4/2018 SE Video of Jane Doe (Aug 4, 2018 at 6-01-11 PM.mp4) | |
| 1012a | | | | | | 08/4/2018 SE Image of Jane Doe (1012a.png) | |
| 1013 | | | | | | 08/6/2018 SE Video of Jane Doe (Aug 6, 2018 at 9-39-47 PM.mp4) | |
| 1014 | | | | | | 08/6/2018 SE Video of Jane Doe (Aug 6, 2018 at 9-43-43 PM.mp4) | |
| 1015 | | | | | | 08/7/2018 SE Video of Jane Doe (Aug 7, 2018 at 9-08-49 PM.mp4) | |
| 1016 | | | | | | 08/8/2018 SE Video of Jane Doe (Aug 8, 2018 at 10-40-28 PM.mp4) | |
| 1017 | | | | | | 08/8/2018 SE Video of Jane Doe (Aug 8, 2018 at 10-43-14 PM.mp4) | |
| 1018 | | | | | | 08/8/2018 SE Video of Jane Doe (Aug 8, 2018 at 10-45-34 PM.mp4) | |
| 1019 | | | | | | 08/9/2018 SE Video of Jane Doe (Aug 9, 2018 at 11-10-40 PM.mp4) | |
| 1020 | | | | | | 08/9/2018 SE Video of Jane Doe (Aug 9, 2018 at 11-15-48 PM.mp4) | |
| 1021 | | | | | | 08/9/2018 SE Video of Jane Doe (Aug 9, 2018 at 11-18-06 PM.mp4) | |
| 1022 | | | | | | 08/10/2018 SE Video of Jane Doe (Aug 10, 2018 at 10-31-06 PM.mp4 | |
| 1023 | | | | | | 08/10/2018 SE Video of Jane Doe (Aug 10, 2018 at 10-33-12 PM.mp4) | |
| 1024 | ✓ | | | | ✓ | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 10-15-51 PM.mp4) | |
| 1025 | 9/8 | | | Adm | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-16-53 PM.mp4) | |
| 1026 | | | | | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-20-33 PM.mp4) | |
| 1027 | | | | | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-21-56 PM.mp4) | |
| 1028 | | | | | 08/13/2018 SE Video of Jane Doe (Aug 13, 2018 at 10-25-08 PM.mp4) | |
| 1029 | | | | | 08/15/2018 SE Video of Jane Doe (Aug 15, 2018 at 3-27-41 AM.mp4) | |
| 1030 | | | | | 08/22/2018 SE Video of Jane Doe (Aug 22, 2018 at 4-25-05 AM.mp4) | |
| 1031 | | | | | 08/22/2018 SE Video of Jane Doe (Aug 22, 2018 at 4-27-21 AM.mp4) | |
| 1032 | | | | | 08/24/2018 SE Video of Jane Doe (Aug 24, 2018 at 3-17-10 AM.mp4) | |
| 1033 | | | | | 08/24/2018 SE Video of Jane Doe (Aug 24, 2018 at 3-24-14 AM.mp4) | |
| 1033a | | | | | 08/24/2018 SE Image of Jane Doe (1033a.png) | |
| 1034 | ↓ | | | ↓ | 08/24/2018 SE Video of Jane Doe (Aug 24, 2018 at 3-24-56 AM.mp4) | |
| 1035 | 9/8 | | | Adm | 08/29/2018 SE Video of Jane Doe (Aug 29, 2018 at 8-55-56 PM.mp4) | |
| 1036 | 9/8 | | | Adm | Image of Bathroom (IMG_3008.jpg) | |
| 1037 | 9/8 | | | Adm | Image of Bathroom (IMG_3009.jpg) | |
| 1038 | 9/8 | | | Adm | Image of Bathroom (IMG_3010.jpg) | |
| 1039 | 9/8 | | | Adm | Image of Bathroom (IMG_3016.jpg) | |
| 1040 | 9/8 | | | Adm | Image of Bathroom (IMG_3020.jpg) | |
| 1041 | 9/9 | | | Adm | Business Records Affidavit from Amazon ( mintak03@netzero.net and grassracer661@hotmail.com ) | |
| 1041a | 9/9 | | | Adm | Certified Amazon Records for accounts mintak03@netzero.net and grassracer661@hotmail.com | |
| 1042 | 9/9 | | | Adm | Business Records Affidavit from Apple ( grassracer661@hotmail.com ) | |
| 1042a | 9/9 | | | Adm | Certified Apple Account Records for grassracer661@hotmail.com showing BVCam Updates | |
| 1043 | 9/9 | | Rel x | Adm | August 2018 Image of Jane Doe's Scar (August 2018 scar.jpg) | |
| 1044 | 9/9 | | xRel | Adm | August 2018 Image of Jane Doe's Scar (August | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2018 scar 02.jpg) | |
| 1045 | 9/9 | | | Adm | 08/31/2018 image of The Bank of Commerce Bank Statement (Bank statement.jpg) | |
| 1046 | 9/9 | | X | Adm | Screenshot Image of Amazon (Canada) Website showing 1080 WiFi Mini Camera-SOOSPY Indoor USB Wall Charger Camera/Pet Camera/Nanny Cam with Motion Detection, USB Port (Canada Camera 01.PNG) | |
| 1047 | 9/8 | | | Adm | Timeline 6/8/2018-11/1/2018 iPhone 6 pdf. | |
| 1048 | 9/8 | | | Adm | 11/1/2018 iPhone 6 Text Message, WiFi, and Activity Data pdf. | |
| 1049 | 9/8 | | | Adm | 11/1/2018 Melinda Boam Scott phone text message data pdf. | |
| 1050 | | | | | 10/2/2019 Bodycam Arrest Video Clip 1 | |
| 1051 | 9/8 | x | | Adm | 10/2/2019 Bodycam Arrest Video Clip 2 | |
| 1052 | 9/8 | | | Adm | 09/24/2019 Melinda Boam Scott Phone Text Message Data 2 pdf. | |
| 1053 | 9/7 | X | | Adm | 09/24/2019 SE Image of Jane Doe (IMG_2339.jpeg) | |
| 1054 | 9/7 | X | | Adm | 09/24/2019 SE Image of Jane Doe (IMG_2340.jpeg) | |
| 1055 | 9/7 | X | | Adm | 09/24/2019 SE Image of Jane Doe (IMG_2341.jpeg) | |
| 1056 | 9/8 | | | Adm | Screenshot of BVCam Data Transferring to Apple iPhone 6 | |
| 1057 | 9/8 | | | Adm | Screenshot of BVCam Connecting to WiFi | |
| 1058 | 9/8 | | | Adm | Boam Seized iPhone XR Physical | |
| 1059 | 9/8 | | | Adm | Boam Seized iPhone 6 Physical | |
| 1060 | 9/8 | | | Adm | SA Bradley Roedel Curriculum Vitae | |
| 1061 | 9/8 | | | Adm | Greg Crader Curriculum Vitae | |
| 1062 | | | | | 12/31/2019 Video Interview of T.A. | |
| 1063 | | | | | 4/14/2020 Video Interview of T.A. | |
| 1064 | 9/20 | | Hearsay | Adm | Text message from Mindy Scott to Mr. Boam | |
| 1065 | 9/20 | | | Adm | Screen shot from forensic software Text messages | |