RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, WASHINGTON STATE BAR NO. 44452
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID  83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1413
Email:  Bill.Humphries@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:20-cr-00188-BLW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA TO THE UNITED STATE'S REPLY IN SUPPORT OF THE EMERGENCY MOTION TO ENJOIN THE TRANSFER, DISSIPATION, AND DISPOSAL OF DEFENDANT'S ASSETS IN ANTICIPATION OF SENTENCING (I.E., MOTION TO FREEZE ASSETS) [DKT. 131]** |
| TEL JAMES BOAM, | |
| Defendant. | |

The United States of America respectfully submits this errata to its *Reply in Support of the Emergency Motion to Enjoin the Transfer, Dissipation, and Disposal of Defendant's Assets in Anticipation of Sentencing (i.e., Motion to Freeze Assets) [Dkt. 131]* ("Reply") filed at ECF No. 134.  This errata is filed to correct two inadvertent clerical errors in the Reply.  On page three of the Reply, in the first full paragraph, the reference to "ECF No. 131-2" should be "ECF No. 131-3."  On page four of the Reply, in the third line from the bottom, the reference to the "Declaration of Bradley Boam" is incorrect and should state the "Declaration of Bradley Roedel."

NOTICE OF ERRATA – 1

DATED this 4th day of October, 2021.

                    RAFAEL M. GONZALEZ, JR.
                    ACTING UNITED STATES ATTORNEY
                    By:

                    /s/ _____
                    WILLIAM M. HUMPHRIES
                    Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2021, the foregoing **NOTICE OF ERRATA TO THE UNITED STATE'S REPLY IN SUPPORT OF THE EMERGENCY MOTION TO ENJOIN THE TRANSFER, DISSIPATION, AND DISPOSAL OF DEFENDANT'S ASSETS IN ANTICIPATION OF SENTENCING (I.E., MOTION TO FREEZE ASSETS) [DKT. 131]** and any attachments were electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF Notice:

| | |
|---|---|
| Robin D Dunn<br>rdunn@dunnlawoffices.com,<br><br>Manuel Travis Murdoch<br>manuelmurdoch@gmail.com | |

/s/ _____
Chelsie Black
Financial Litigation Technician

NOTICE OF ERRATA – 3