DUNN LAW OFFICES, PLLC
Robin D. Dunn, Esq., ISB #2903
P.O. Box 277
477 Pleasant Country Lane
Rigby, ID 83442
(208) 745-9202 (t)
(208) 745-8160 (f)

rdunn@dunnlawoffices.com

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 20-188 E BLW |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM OF THE DEFENDANT |
| TEL JAMES BOAM, | |
| Defendant. | |

COMES NOW, the undersigned attorney for the defendant, Tel James Boam, and sets forth the following memorandum in support of sentencing of the defendant as follows:

The United States Constitution was adopted in 1787 and still is a living, breathing document today. Amendments to the Constitution, commonly referred to as the Bill of Rights began in 1791 with the first 10 amendments.

Interestingly, the 6th amendment guarantees a defendant the right to a public trial. However, in our current federal sentencing system by exercising such right, especially when a person believes in innocence, actually causes point deductions in a sentencing situation. Maybe the 6th amendment doesn't really mean anything in the

1

federal system.

The 5th amendment guarantees the right against self-incrimination, except maybe in the federal system. In the case at bar, the defendant was asked for discovery which the Government already had access. Despite a request for corrective action, none was taken.

It is still a mystery how unproven allegations come into a trial as 404(b) evidence. This particular defendant spent time trying to rebut allegations that had never been proven, had never been charged but became the focal point of the trial. The defendant's method of proof, 4 separate polygraph tests in two polygraph reports were denied to rebut the harmful effects of the 404(b) evidence.

"Whether to admit FRE 404(b) evidence is within the discretion of the trial judge. In order to decide. There is a four-factor test that the Court must consider in determining whether FRE 404(b) evidence is admissible at trial. These are called the Huddleston factors, from a 1988 Supreme Court case called United States v. Huddleston. To determine whether evidence if uncharged crimes is admissible at trial, the Court must consider whether:

1. Evidence of uncharged crime(s) was offered for a proper purpose, **AND**
2. It was relevant to a disputed trial issue, **AND**
3. Its probative value is substantially outweighed by its possible prejudice; **AND**
4. The Trial Court administered an appropriate limiting instruction. (Emphasis Supplied)."

Evidence was introduced by the defendant that both he and his ex-wife placed the video camera in their own master bedroom. She denied the same but removed and discarded the camera approximately one year before the allegations to law enforcement of the "child pornography". It seems unusual but no one listened.

Normal pedophiles focus on pre-pubescent children. Over 24 jump drives and various monitors, screens, hard-drives and the like were confiscated from the defendant. Not one single photo or image showed any child pornography from these confiscated

materials. Seems odd.

The images of TA never showed any sexually explicit materials. A girl showered and dried off with a towel. No directions, suggestions, input or other matters associated with a pornographer were introduced. The defendant had no input with TA, never asked her to pose, never directed her hygiene. Yet, somehow the images were sexually explicit.

Charging language of the 16 counts contained the following: "knowingly attempt to employ, use, persuade, induce, entice, and coerce" Where did Tel James Boam perform any such language. The transcript and record are devoid of any such activity.

Where did Homeland Security introduce any evidence that the video camera affected interstate or foreign commerce. The record is devoid of any form of jurisdiction on this matter despite SA Knight testifying that the camera was the device that "technically" granted jurisdiction to the federal government. A young man from Grant, Idaho is sure a threat to the security of our homeland. Showering and bathing sure takes on a new meaning in the federal court system via our Homeland Security personnel.

"The Supreme Court has enumerated four factors for lower courts to consider in analyzing whether an activity substantially affects interstate commerce: (1) whether the statute relates to an activity that has something to do with "'commerce' or any sort of economic enterprise, however broadly one might define those terms";

(2) whether the statute contains an "express jurisdictional element which might limit its reach" to activities having "an explicit connection with or effect on interstate commerce";

(3) whether congressional findings in the statute or its legislative history support the judgment that the activity in question has a "substantial effect on interstate commerce"; and

(4) whether the link between the activity and a substantial effect on interstate commerce is attenuated.

Gibert, 677 F.3d at 624 (summarizing factors laid out in United States v. Morrison, 529 U.S. 598, 610-13 (2000)): see also United States v. Umana, 750 F.3d 320, 337 (4th Cir. 2014). Like the Fourth Circuit's pre-NFIB cases addressing the constitutionality of these statutes, "

Count 17 is possession of sexually explicit material of a minor. Where is the sexually explicit conduct? If bathing is sexually explicit, anyone taking a shower is guilty of sexually explicit actions.

Even more interesting, actual convictions by jury or by admission in State Court in Idaho[1] generally garners probation and maybe even retained jurisdiction for less than one year. It sure is different than the conviction of Mr. Boam which is basically a life plus sentence recommendation. The conviction is greater than a murder charge. Does the crime fit the punishment?

Did the defendant transport, sell, provide to others or any such action common activities for financial gain or self-gratification. Where is there evidence in the record? Doesn't exit.

Tel James Boam was convicted on 17 counts. That is a fact. Pardon him for not admitting guilt. Pardon him for not knowing the application was on the phone purchased by his ex-wife. No admittance by the defendant, no points in the federal system. That is a fact.

---

[1] 1) October 2021, Curtis Peterson, hiding camera in bathroom gets rider program for child porn. He photographed minors; had several downloads of children as young as 3 being violently raped by adults. 2) David James McGarry, former 52-year-old substitute teacher gets probation for sexually abusing student- November 2021.
These examples represent the norm in State court.

Sentencing focus is on four main factors: punishment, deterrence of the defendant, deterrence of others and rehabilitation. Sure, the defendant can be punished by never seeing or raising his two young daughters. He may even be deterred since he will never see society again. Will others be deterred. I doubt it.

Rehabilitation is a joke. Go spend time in a jail setting. Go to the Bannock County jail and see how many people are being rehabilitated. They are treated like animals. But we all sleep better knowing the bad guys are put away. This author has participated in such actions. My soul doesn't feel any better. It is sad when anyone breaks our societal rules. The prisons are full; so, it must not be working.

This defendant was greeted in jail with a punch to the face with 6 stiches inside his mouth. Sounds fun. Despite warnings, no actions were taken to prevent this token of welcoming to the secure facility. I guess he is getting rehabilitated. A person learns quickly that the jail system has its own rules. The number one rule is survival of the fittest. The weak do not survive.

The defendant gets the "yellow" prison clothes which labels him as a violent offender. Violent offenders have to protect themselves more. I do not understand how the charges make him violent but not much makes sense in this case.

The presentence investigation regurgitates the trial testimony. Bits and pieces are taken and given to the court. The court was present. We receive a victim impact statement. The mother of the victim does not have over $300,000 in debt that was left with Mr. Boam. Magically, the Government, believes he suddenly made all of this money and revenue in two months after divorce. His goodly grand-father has

5

shouldered the financial burden. Yet his ex-wife, represented by an attorney who testified at trial, seems to believe that the defendant is knee deep in money. Odd the attorney has an opinion of the ex-wife's character and never did see her in a community setting.

End result, the court has a duty to its job, the prosecutors were honorable and competent fulfilling their responsibility; law enforcement performed its function. That leaves a defense attorney who failed. The defendant will pay. Justice is just a word that will be lost in this case. The undersigned and his client will never be the same.

The defendant will be 40 years old. A fifty- year sentence is life. A $30 camera and a step-daughter in a shower performing hygiene will get a person life in the federal system. That assumes he even knew of the videos. Doesn't seem right but the court can take solace in the fact that the federal system is a grid system.

## RECOMMENDATION

It would be recommended that the counts 1-16 which allows 15-30 years per count be 15 concurrent years of all 16 counts. Count 17 allows 0 to 20 years. It would be recommended 0 years. In total, that is 15 years. That is enough for this man.

Tel James Boam's prime years are gone. He will not re-offend. His young daughters will be grown. He might be able to enjoy grand-children. It is a sad ending to a man's life. His only goal was to raise his daughters. That dream is gone.

The defendant desires to be placed in a low security federal correctional institute (FCI) as follows:

1. Mahanoy State Correctional Institution, Pennsylvania. ...
2. Pensacola Federal Prison Camp, Florida. ...

3. Dublin Federal Correctional Institution, California. ...
4. Bastrop Federal Correctional Institution, Texas. ...
5. Sandstone Federal Correctional Institution, Min

The court can do a good thing. The defendant pleads for mercy.

Dated: 12/07/21.

*[signature]*
Robin D. Dunn, Esq. #2903

## NOTICE OF SERVICE

The undersigned has served the foregoing document via e-filing on the following:

Robin D. Dunn, Esq.
rdunn@dunnlawoffices.com

Justin Paskett, Esq.
justin.paskett@usdoj.gov

William M Humpries, Esq.
Bill.Humphries@usdoj.gov

Dated: 12/07/21

*[signature]*
Robin D. Dunn, Esq.