DUNN LAW OFFICES, PLLC
Robin D. Dunn, Esq., ISB #2903
P.O. Box 277
477 Pleasant Country Lane
Rigby, ID 83442
Tel: (208) 745-9202 Fax: (208) 745-8160

rdunn@dunnlawoffices.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>TEL JAMES BOAM, )<br><br>Defendant. ) | Case No. CR 20-188 E BLW<br><br>AFFIDAVIT OF EVY GILSTRAP<br>TJ BOAM SENTENCING |

STATE OF IDAHO      )
                                        ss.
COUNTY OF JEFFERSON  )

1. Evy Gilstrap being duly sworn upon oath states as follows:

2. I am over the age of 18 years and competent to testify as to the events stated hereafter.

3. Since early September, 2021, I have attended nearly all of the Rigby High School Football games as we wanted to support my nephew who plays for the Rigby High School Team.

4. We would always arrive early to be able to secure enough seats for our large family. In nearly every incidence, TA, Melinda and TA's boyfriend's family would arrive shortly before the game would begin and inevitably would sit close

1

to our proximity, even some of them sitting on the row immediately above us.

5. As I am familiar with the people and the happenings in this case, I found it interesting that TA, Melinda and the others accompanying them were very social, happily interacting with each other and the other people around them consistently. TA and Melinda appeared to be surrounded by friends talking, laughing, joking and cheering for TA's boyfriend.

6. After every game, we all go down to wait for the players to come out of the locker room to be greeted. As I would wait for my nephew, I watched as TA, Melinda and TA's boyfriend's family, and TA's friends were waiting for TA's boyfriend to come out. TA and Melinda were joking with each other and the various friends while they waited for TA's boyfriend to come out of the locker room.

7. I noticed they were always dressed in very expensive KLIM and other name brand clothing. At no time did I see anything that would lead one to believe they were adversely affected by the accusations against Mr. Boam, the trial nor the outcome. It almost seemed the opposite, as if they were celebrating more than just a high school football game win.

8. As TA, Melinda and her family and friends left the courtroom after the verdict was announced for Mr. Boam, I am aware they "high-fived" each other upon leaving.

Dated: 12/07/2021.

Evy Jo Gilstrap

2

Subscribed and Sworn to before me this 7th day of December, 2021.

ROBIN D. DUNN
COMMISSION NO. 5532
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 10/07/22

Notary Public for Idaho
Residing at Rigby, Idaho

## NOTICE OF SERVICE

The undersigned has served the foregoing document via e-filing on the following:

Robin D. Dunn, Esq.
rdunn@dunnlawoffices.com

Justin Paskett, Esq.
justin.paskett@usdoj.gov

William M Humpries, Esq.
Bill.Humphries@usdoj.gov

Dated:  12/07/2021.

Robin D. Dunn, Esq.

3